# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID L. REED,<br><br>        Plaintiff,<br><br>v.<br><br>NORTH LAS VEGAS POLICE DEPTARTMENT, et al.,<br><br>        Defendants. | Case No. 2:18-cv-01847-APG-CWH<br><br>**ORDER** |

Presently before the court is plaintiff David L. Reed's Motion/Application to Proceed *In Forma Pauperis* (ECF No. 1), filed September 21, 2018.

Also before the court is plaintiff's motion for appointment of counsel (ECF No. 2), filed on September 21, 2018.

Plaintiff's application to proceed in forma pauperis is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certification. Plaintiff has submitted an application to proceed *in forma pauperis* and an executed financial certificate, but he has not submitted an inmate account statement for the past six months. As such, the application to proceed *in forma pauperis* is incomplete and is denied without prejudice. The court will retain plaintiff's complaint on file, but will not file it until after the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies in his application or, alternatively, to pay the full filing fee for this action. If plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a complete application. Further, the court will deny plaintiff's motion for appointment of counsel without prejudice. Plaintiff may refile the motion once the *in forma pauperis* application and filing fee issue is resolved.

1. IT IS HEREBY ORDERED that plaintiff's Motion/Application to Proceed *In Forma Pauperis* (ECF No. 1) is denied without prejudice.

2. IT IS FURTHER ORDERED that the Clerk of Court shall send plaintiff a blank application to proceed in forma pauperis by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. IT IS FURTHER ORDERED that within thirty (30) days of this order, plaintiff shall either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400.00

4. IT IS FURTHER ORDERED that failure to timely comply with this order may result in dismissal of this action.

5. IT IS FURTHER ORDERED that the Clerk of Court shall retain the complaint, but shall not file it at this time.

6. IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel is DENIED without prejudice. Plaintiff may refile the motion once the filing fee issue is resolved.

Dated: October 11, 2018.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE