# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID L. REED, | Case No. 2:18-cv-01847-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| NORTH LAS VEGAS POLICE DEPTARTMENT, et al., | |
| Defendants. | |

This matter is before the court on plaintiff David L. Reed's motion requesting englargemnt of time (ECF No. 5), filed on October 5, 2018. Plaintiff represents to the court that more time is needed to otain the necessary documentation in support of his application to proceed *in forma pauperis*. In light of those representations, the court extends plaintiff's deadline to Decmeber 17, 2018, for (1) filing a complete application to proceed *in forma pauperis*, or (2) paying the full $400 filing fee

IT IS SO ORDERED.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: November 2, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE