UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. REED, | Case No.: 2:18-cv-01847-APG-DJA |
| Plaintiff | **Order Denying Motions for Temporary Restraining Order and Preliminary Injunction** |
| v. | |
| NORTH LAS VEGAS POLICE DEPARTMENT, et al., | [ECF Nos. 56, 57] |
| Defendants | |

Plaintiff David Reed moves for injunctive relief in the form of requiring High Desert State Prison to return his legal work, allow him to shower, move him to a different cell, transfer him to Clark County Detention Center, or release him. ECF Nos. 56, 57. I deny the motion because the requested relief is directed at matters unrelated to the claims alleged in the complaint, which involve alleged constitutional violations during Reed's arrest in 2017. ECF No. 29. A court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945).

I THEREFORE ORDER that plaintiff David Reed's motion for temporary restraining order **(ECF No. 56)** and motion for preliminary injunction **(ECF No. 57) are DENIED**.

DATED this 6th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE