# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. REED,<br><br>　　　Plaintiff<br><br>v.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, et al.,<br><br>　　　Defendants | Case No.: 2:18-cv-01847-APG-DJA<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF Nos. 40, 43] |

Plaintiff David L. Reed filed a motion to join multiple claims and defendants (ECF No. 38) and a motion for appointment of counsel (ECF No. 39). Magistrate Judge Albregts denied those motions. ECF No. 40. Mr. Reed filed an appeal of that order. ECF No. 43. I have reviewed the appeal, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Albregts' Order **(ECF No. 40) is affirmed** in its entirety, and Mr. Reed's appeal **(ECF No. 43) is denied**.

DATED this 11th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE